LAW OFFICES OF PHILIP DEITCH
**Philip Deitch, SBN 29164**
Mailing Address: P.O. Box 8025
Van Nuys, California 91406-8025
Telephone: (818) 717-0901
Fax Number (818) 717-0906
*Philde@mindspring.com*

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAMU TULIVA ) <br>    Plaintiff ) <br> ) <br> vs. ) <br> ) <br> ) <br> QUALITY FIRST ) <br> COMMUNICATIONS, LLC, ET ) <br> AL ) <br> ) <br>    Defendants ) <br> ) | CASE NO. CV 08- 02575 GW <br><br> [~~PROPOSED~~] ORDER RE: <br> VOLUNTARY DISMISSAL <br> (FR civ Pr. 41 (a)(1) |

Pursuant to the Plaintiff's request for a voluntary dismissal under the provisions of FRcivP 41 (a)(1) this case is dismissed as to each named defendant, without prejudice.

Dated: ~~August~~ Sept. 4, 2008

*/s/ George H. Wu*
HON. GEORGE WU
United States District Court Judge